EX PARTE HENRY R. KNAPP.

No. 315.    Decided December 8, 1909.

Habeas Corpus—Bigamy—Indictment.

A writ of *habeas corpus* is not available to test the sufficiency of the indictment. Following Ex parte Cox, 53 Texas Crim. Rep., 240, and other cases.

Appeal from the Criminal District Court of Dallas. Tried below before the Honorable Robert B. Seay.

Appeal from an order remanding relator to custody on a charge of bigamy.

The opinion states the case.

*A. S. Baskett,* for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

RAMSEY, JUDGE.—This application for writ of habeas corpus was filed before Hon. R. B. Seay, judge of the Criminal District Court of Dallas County, by relator on the 29th day of May, 1909, alleging that he was unlawfully restrained of his liberty, and complaining that the indictment in the cause was invalid. Relator was denied his release and was remanded to the custody of the sheriff, his bail being fixed in the sum of $500. A writ of habeas corpus is not available to test the sufficiency of an indictment. Ex parte Beverly, 34 Texas Crim. Rep., 644, and Ex parte Cox, 53 Texas Crim. Rep., 240.

There is no statement of facts in the record and this is the only ground, substantially, upon which a release is sought. That it is not available on this ground is too clear for discussion.

Finding no error in the record, the judgment of the court below is affirmed.

*Affirmed.*